B 261C (12/09)

# UNITED STATES BANKRUPTCY COURT
for the
Southern District of New York

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| <u>Runway Liquidation Holdings, LLC,</u> | ) | |
| <u>et al.</u> | ) | Case No. 17-B-10466 (SCC) |
| *Debtor* | ) | |
| | ) | |
| <u>Runway Liquidation, LLC and David</u> | ) | |
| <u>MacGreevey, in his capacity as Plan</u> | ) | Chapter 11 |
| <u>Administrator</u> | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 19-1050 (SCC) |
| | ) | |
| <u>International Textile Resources, LLC</u> | ) | BC 19,0039 |
| *Defendant* | ) | |

**JUDGMENT IN AN ADVERSARY PROCEEDING**

The court has ordered*:*

Judgment is entered against Defendant, International Textile Resources, LLC, in the amount of $84,398.60 plus judgment interest from the date of entry of judgment at the federal judgment rate until paid in full.

Date:  <u>October 8, 2019</u>                                                       <u>Vito Genna</u>
                                                                                                         Clerk of Court


                                                                                                         <u>/s/ Anatin Rouzeau</u>
                                                                                                            Deputy Clerk